■ In the Matter of the Estate of MARY McGOUGH, Deceased. JAMES A. NICHOLSON, as Administrator of the Estate of MARY McGOUGH, Deceased, Appellant; FLORENCE SHINE, as Administratrix of the Estate of BRIDGET O'CONNOR, Deceased, Respondent.— In a proceeding to compel the administrator of decedent

Mary McGough, to render and settle his account, the administrator appeals from an order of the Surrogate's Court, Nassau County, dated October 18, 1961, which denied his motion to dismiss the proceeding on the ground that the court lacks jurisdiction of the subject matter. Order affirmed, with $10 costs and disbursements to petitioner payable by said administrator personally. No opinion. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur. [31 Misc 2d 53.]